U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 11 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS JOHNSON | DOCKET NO. 06-CV-0131, SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN TIM WILKINSON, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10 day of October, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE